IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Al-Ghani, Molly C | Case Number:  06 B 07883 |
| | Judge:  Hollis, Pamela S |
| Printed:  8/5/08 | Filed:  7/5/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  June 2, 2008
Confirmed:  August 21, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 6,630.00 | |
| Secured: | | 4,263.32 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 338.26 |
| Other Funds: | | 28.42 |
| Totals: | 6,630.00 | 6,630.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Nicole G Lawson | Administrative | 2,000.00 | 2,000.00 |
| 2. | City Of Chicago | Secured | 501.43 | 158.84 |
| 3. | New Century Mortgage | Secured | 4,104.48 | 4,104.48 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 1,689.83 | 0.00 |
| 5. | Jefferson Capital | Unsecured | 1,346.80 | 0.00 |
| 6. | Capital One | Unsecured | 4,742.39 | 0.00 |
| 7. | FCNB Master Trust | Unsecured | 1,162.04 | 0.00 |
| 8. | T Mobile USA | Unsecured | 1,599.33 | 0.00 |
| 9. | B-Line LLC | Unsecured | 2,352.48 | 0.00 |
| 10. | Guaranty Bank | Unsecured | 633.31 | 0.00 |
| 11. | Encore | Unsecured | | No Claim Filed |
| 12. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 13. | Col/Debt Collection Systems | Unsecured | | No Claim Filed |
| 14. | Credit Protection Association | Unsecured | | No Claim Filed |
| 15. | AFNI | Unsecured | | No Claim Filed |
| 16. | Fairlane Credit L.L.C. | Unsecured | | No Claim Filed |
| 17. | Collection System | Unsecured | | No Claim Filed |
| 18. | First National Bank Of Marin | Unsecured | | No Claim Filed |
| 19. | H&F Law | Unsecured | | No Claim Filed |
| 20. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 21. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 22. | Murphy Martin Recovery | Unsecured | | No Claim Filed |
| 23. | Jeffcapsys | Unsecured | | No Claim Filed |
| 24. | Humana | Unsecured | | No Claim Filed |
| 25. | Northland Group Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Al-Ghani, Molly C

Printed: 8/5/08

Case Number: 06 B 07883
Judge: Hollis, Pamela S
Filed: 7/5/06

| | | | | |
|---|---|---|---|---|
| 26. | HSBC | Unsecured | | No Claim Filed |
| 27. | Midas Muffler | Unsecured | | No Claim Filed |
| 28. | Auto Central | Unsecured | | No Claim Filed |
| 29. | TRS Services | Unsecured | | No Claim Filed |

$ 20,132.09        $ 6,263.32

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 149.76 |
| 5.4% | 185.60 |
| 6.5% | 2.90 |
| | $ 338.26 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_